373 P.2d 540

**O. H. GOODNER and Z. W. Hutcheson, Plaintiffs-Appellees,**

v.

**The STATE TAX COMMISSION of the State of New Mexico, and Mike Gallegos; Mike Apodaca and D. D. Monroe, Commissioners thereof, and Stella Romero, Treasurer of Santa Fe County, Defendants-Appellants.**

**No. 7081.**

Supreme Court of New Mexico.

July 26, 1962.

Earl E. Hartley, Atty. Gen., Adolf J. Krehbiel and John W. Shaver, Sp. Asst. Attys. Gen., Santa Fe, for appellants.

Charles B. Barker, Santa Fe, for appellees.

CARMODY, Justice.

Appellees sought and obtained from the trial court equitable relief striking a ten-year assessment of omitted property.

The case is controlled by General Tel. Co. of Southwest v. State Tax Comm., 1962, 69 N.M. 403, 367 P.2d 711; and State ex rel. State Tax Comm. v. First Judicial District Court, 1961, 69 N.M. 295, 366 P.2d 143. Appellees have an adequate remedy at law by paying the amount of the taxes assessed, under protest, and thereafter instituting suit thereon.

The cause is reversed, with instructions to the district court to set aside its judgment and dismiss the proceeding.

IT IS SO ORDERED.

COMPTON, C. J., and CHAVEZ, J., concur.

MOISE and NOBLE, JJ., not participating.